**No. 58499.**—Dreher Leather Mfg. Corp. *v.* United States, protest 229015–K (Philadelphia).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of snakeskins similar in all material respects to those the subject of *Fleming-Joffe, Ltd.* v. *United States* (25 Cust. Ct. 56, C. D. 1263), the claim for free entry under paragraph 1765 was sustained.